1

2

3

4

5

6

7

8

9



10 **UNITED STATES DISTRICT COURT**

11 **SOUTHERN DISTRICT OF CALIFORNIA**

12

13 RONALD DENNIS,             CASE NO. 06-CV-54 W (RBB)

14

15                 Petitioner,     **ORDER ADOPTING**

16     v.                            **REPORT &**

17 DIRECTOR OF CORRECTIONS,     **RECOMMENDATION**

18

19                 Respondent.

20

21

22      On January 11, 2006, Petitioner Ronald Dennis filed a habeas-corpus petition

23 seeking review of his state-law conviction. On referral, Magistrate Judge Ruben B.

24 Brooks issued a Report & Recommendation suggesting that the court dismiss the

25 petition and deny the writ of habeas corpus. Dennis originally had until November 27,

26 2006, to object to the report, a deadline the court extended for 30 days at Dennis's

27 request. To date, the court has still not received an objection. Therefore, the court

28 will **ADOPT** the Report & Recommendation and **DENY** the petition.

-1-                                            06cv54

1    28 U.S.C. § 636 and Federal Rule 72(b) specify the district court's duties with
2  respect to a magistrate judge's report and recommendation.  The district court "must
3  make a de novo determination of those portions of the report . . . to which objection
4  is made," and "may accept, reject, or modify, in whole or in part, the findings or
5  recommendations made by the magistrate."  28 U.S.C. § 636(b)(1)( c); United States
6  v. Raddatz, 447 U.S. 667, 676 (1980); see also Thomas v. Arn, 474 U.S. 140, 150
7  (1985).  When neither party objects, however, the district court need not review the
8  magistrate judge's report and recommendation.  Schmidt v. Johnstone, 263 F. Supp.
9  2d 1219, 1226 (D. Ariz. 2003) (concluding that the district court had no obligation to
10  review a report); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.
11  2003) (en banc) (holding that 28 U.S.C. § 636(b)(1)(c) "makes it clear that the district
12  judge must review the magistrate judge's findings and recommendations de novo if
13  objection is made, but not otherwise").

14    Here, Petitioner has tendered no objections to the report nor requested a further
15  extension of time in which to do so.  The court therefore accepts Judge Brooks's
16  recommendation and **ADOPTS** the Report & Recommendation in its entirety.  For the
17  reasons stated in the report, which is incorporated herein by reference, the court
18  **DENIES** the petition for writ of habeas corpus.  The Clerk shall close the case file.

19
20    **IT IS SO ORDERED.**
21
22  **DATE: January 24, 2007**
23
24                                          HON. THOMAS J. WHELAN
25                                          United States District Court
                                            Southern District of California
26
27  **CC:**  ALL PARTIES
            HON. RUBEN B. BROOKS
28